# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DISVISION

| | |
|---|---|
| David Rogers, Else-Marie Albert, John C. Anderson, Per Axelsen, William Ballard, William Ball, Gary Bauer, Dorothy M. Bradley, Jane Ann Anderson Chandler, Alberta Gamble (a/k/a Alberta Hammond), Julian R. Gershon, Paul Golsch, Jeffrey W. Hartley, Carol Vaglica Hunt, Pete Kondrup, Anne Ledbetter, Teri J. Salomon, Achilles J. Tarachas, Susan K. Laine Valentin. | File No. 12-11812-BC<br><br>Honorable Thomas L. Ludington |

Plaintiffs,

vs.

FAIR ENERGIES, INC., FAIR DEVELOPMENT, FAIR ASSOCIATES, ESTATE OF SAMUEL FAIR, NATALIE P. FAIR, TERRI FAIR REYNOLDS, TYRUS W. HARTLEY, & RICHARD SOCIA, JOINTLY AND SEVERALLY

Defendants.

| | |
|---|---|
| SKINNER PROFESSIONAL LAW CORPORATION<br>DAVID R. SKINNER (P20551)<br>STACI M. RICHARDS (P64566)<br>ATTORNEYS FOR PLAINTIFF<br>701 EAST SOUTH UNION<br>POST OFFICE BOX 98<br>BAY CITY, MICHIGAN 48707-0098<br>(989) 893-5547 | Lambert, Leser, Isackson, Cook & Giunta, P.C.<br>Richard O. Milster (P35431)<br>Attorney for Defendants<br>916 Washington Ave., Ste. 309<br>Bay City, MI 48708<br>(989)893-3518 |

## <u>ORDER AMENDING SCHEDULING ORDER</u>

THIS MATTER having come before the Court upon the agreement and stipulation of the parties; and the Court being fully advised in the premises;

Accordingly, **IT IS ORDERED**

a.    That the discovery cutoff is extended to **January 31, 2013**, and that this extension is for the purpose of taking Plaintiffs' depositions only.

b.    That the Plaintiffs' Response to the Defendants' Rule 56 Motion is due **February 15, 2013**.

Dated:  December 5, 2012

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 5, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS